DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL PETTENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00294 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| MICHAEL PETTENGER, | ) | Date: October 4, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 20, 2010 **may be continued to October 4, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further defense preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 13, 2010        By  /s/ David L. Gappa
                                     DAVID L. GAPPA
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 13, 2010        By  /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Michael Pettenger

**ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    September 15, 2010                              _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE