1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  MICHAEL PETTENGER

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        ) | NO. 1:10-cr-00294 AWI
12 |                Plaintiff,        ) | STIPULATION TO CONTINUE STATUS
   |                                  ) | CONFERENCE HEARING;
13 |        v.                        ) | ORDER
14 | MICHAEL PETTENGER,               ) | Date: January 10, 2011
   |                                  ) | Time: 9:00 a.m.
15 |                Defendant.        ) | Judge: Hon. Anthony W. Ishii

18     **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 December 6, 2010 **may be continued to January 10, 2011 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for further

22 defense preparation and to allow the parties additional time for plea negotiation prior to hearing.  Assistant

23 United States Attorney David L. Gappa has no objection to this request.  The requested continuance will

24 conserve time and resources for both counsel and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                         BENJAMIN B. WAGNER
                                         United States Attorney

DATED: December 2, 2010            By  /s/ David L. Gappa
                                                DAVID L. GAPPA
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED: December 2, 2010            By  /s/ Melody M. Walcott
                                                MELODY M. WALCOTT
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MICHAEL PETTENGER

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   December 3, 2010

                                                            CHIEF UNITED STATES DISTRICT JUDGE