# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:10CR00294 AWI |
| Michael Pettenger ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Michael Pettenger_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the home incarceration component of the Location Monitoring Program is replaced with the home detention component of the Location Monitoring program. The defendant shall remain subject to passive GPS tracking. He is restricted to his **residence** at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services Officer. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Micheal Pettenger_   1-27-11          _/s/ Montgomery L. Olson_   1-27-11
Signature of Defendant     Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                         1/27/11
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/ Melody Walcott_                          1/27/11
Signature of Defense Counsel                  Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   1/28/11   .
[ ] The above modification of conditions of release is *not* ordered.

_/s/ Snyder_                                  1/28/11
Signature of Judicial Officer                 Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services