HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL PETTENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00294-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | Date:   December 9, 2020 |
| MICHAEL PETTENGER, | Time:  1:00 p.m. |
| Defendant. | Judge: Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective

counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for Michael Pettenger, that the status conference

currently scheduled for November 23, 2020, at 1:00 p.m. may be continued to December 9,

2020, at 1:00 p.m.

On November 5, 2020, the Court last held a status conference in this matter. *See* Dkt. #15

in Case No. 1:20-cr-00139-DAD-BAM. At the status conference, defense counsel notified the

Court that the parties were working on a discovery issue and government counsel indicated that

arrangements were being made to produce the requested discovery. *See* Dkt. #15 in Case No.

1:20-cr-00139-DAD-BAM. In light of the government's representations, the matter was

continued to November 23, 2020. *See* Dkt. #15 in Case No. 1:20-cr-00139-DAD-BAM.

Government counsel has since indicated that the requested material will be available this week

1   and the defense expert in this case is scheduled to review such material next week. Accordingly,

2   the parties are asking to continue this matter to December 9, 2020, so that the defense expert can

3   review the material in question.

4          The parties agree that the delay resulting from the continuance to December 9, 2020,

5   shall be excluded in the interests of justice, including but not limited to, the need for the period

6   of time set forth herein for effective defense preparation and defense investigation, pursuant to

7   18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Additionally, in light of the public

8   health concerns cited by this Court in its General Orders 611-624 addressing the evolving

9   COVID-19 pandemic, and for the reasons set forth therein, the parties further agree that this

10  matter should be continued so as to minimize public health concerns relating to the COVID-19

11  pandemic.

12                                Respectfully submitted,

13

14                                McGREGOR W. SCOTT
    United States Attorney

15

16  Date: November 17, 2020         */s/ David Gappa*
    DAVID GAPPA

17  Assistant United States Attorney
    Attorney for Plaintiff

18

19  HEATHER E. WILLIAMS
    Federal Defender

20

21  Date: November 17, 2020         */s/ Reed Grantham*
    REED GRANTHAM

22  Assistant Federal Defender
    Attorney for Defendant

23  MICHAEL PETTENGER

24

25

26

27

28

1

**O R D E R**

2          **IT IS SO ORDERED.** The status conference currently scheduled for November 23,

3  2020, at 1:00 p.m. is hereby continued to **December 9, 2020, at 1:00 p.m. before Magistrate**

4  **Judge Barbara A. McAuliffe.**

5          **IT IS FURTHER ORDERED THAT** the period of time from the date of the last court

6  appearance through December 9, 2020, is deemed excludable pursuant to 18 U.S.C. §§

7  3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the

8  Court at defendant's request on the basis of the Court's finding that the ends of justice served by

9  taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10

11  IT IS SO ORDERED.

12      Dated:    **November 18, 2020**              /s/ *Barbara A. McAuliffe*

13                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28