| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | MICHAEL PETTENGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL PETTENGER,

Defendant.

Case No. 1:10-cr-00294-DAD

**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Michael Pettenger, that the sentencing hearing currently scheduled for May 12, 2021, at 1:00 p.m. may be continued to July 14, 2021, at 1:00 p.m.

This matter has trailed the related matter of 1:20-cr-139-DAD-BAM since October 2020. In the related matter of 1:20-cr-139-DAD-BAM the government has recently provided additional discovery. The defense requires additional time to review such discovery, consult with his client, and conduct further investigation. In addition, the government has provided a plea offer in the related matter and defense counsel requires additional time to discuss this offer with his client. Accordingly, the parties request that this matter continue to trail the related matter of Case No.

1:20-cr-139-DAD-BAM. Since this is a supervised release matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: May 7, 2021 */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2021 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL PETTENGER

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 12, 2021, at 1:00 p.m. is hereby continued to **July 14, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe** to trail the related matter of Case No. 1:20-cr-139-DAD-BAM.

IT IS SO ORDERED.

Dated: **May 7, 2021** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE