HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL PETTENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PETTENGER,<br><br>Defendant. | Case Nos.: 1:20-cr-00139-DAD-BAM;<br>            1:10-cr-00294-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date:  March 14, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael Pettenger, that the sentencing hearing currently scheduled in the above-captioned matters for February 14, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to March 14, 2022, at 9:00 a.m.

On November 8, 2021, Mr. Pettenger entered a guilty plea to the sole charge in the Superseding Information filed in Case No. 1:20-cr-00139-DAD-BAM on November 3, 2021. *See* Dkt. #65, 67. At that time, the matter was set for sentencing on February 14, 2022. *See* Dkt. #67. The draft Presentence Investigation Report (PSR) was filed on December 21, 2021, and a final PSR and a final revised PSR were filed on January 24, 2022, and January 31, 2022, respectively. *See* Dkt. #72-73. Mr. Pettenger filed his formal objections to the PSR on January 31, 2022. *See*

Dkt. #74. Sentencing in the supervised release violation case, Case No. 1:10-cr-00294-DAD, has been trailing Case No. 1:20-cr-00139-DAD-BAM. *See* Case No. 1:10-cr-00294-DAD at Dkt. #77.

  The defense is requesting this continuance to obtain additional records and documents relevant for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

                Respectfully submitted,

                PHILLIP A. TALBERT
                United States Attorney

Date: February 4, 2022      */s/ David Gappa*
                DAVID GAPPA
                Assistant United States Attorney
                Attorney for Plaintiff

                HEATHER E. WILLIAMS
                Federal Defender

Date: February 4, 2022      */s/ Reed Grantham*
                REED GRANTHAM
                Assistant Federal Defender
                Attorney for Defendant
                MICHAEL PETTENGER

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearings for both Case No. 1:20-cr-00139-DAD-BAM and Case No. 1:10-cr-00294-DAD scheduled for Monday, February 14, 2022, at 9:00 a.m. be continued to Monday, March 14, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd,

IT IS SO ORDERED.

Dated: __**February 7, 2022**__    _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE